# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| on behalf of himself and a class, | ) | |
| | ) | |
| | ) | 13-cv-05986 |
| Plaintiff, | ) | Judge Dow |
| | ) | |
| vs. | ) | |
| | ) | |
| ARNOLD SCOTT HARRIS, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: (See attached service list)

    **PLEASE TAKE NOTICE** that on **Tuesday, January 15, 2014, at 9:15 a.m.**, we shall appear before Judge Robert Dow in Courtroom 1919 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE** copy of which is attached and hereby served upon you.

                                                              s/Tara L. Goodwin
                                                               Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Tara L. Goodwin, hereby certify that on December 17, 2013 I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following parties:

   Clifford E. Yuknis:
   cyuknis@hinshawlaw.com

   Katherine H. Tresley:
   ktresley@hinshawlaw.com

   David M. Schultz:
   dschultz@hinshawlaw.com


                s/ Tara L. Goodwin
                Tara L. Goodwin