IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA, on behalf of himself and a class,, | ) ) ) |
| Plaintiff, | ) ) Case No. 13-cv-05986 |
| v. | ) ) ) |
| ARNOLD SCOTT HARRIS, P.C.,, | ) ) Judge: Robert M. Dow |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of plaintiff Scott Dolemba's individual claims presented in the complaint and in this action against defendant Arnold Scott Harris, P.C., and without costs, said dismissal with prejudice to act as a bar to all individual claims brought by the plaintiff or which could have been brought by the plaintiff against defendant, and the class claims of the putative class members are dismissed without prejudice and without costs.

| | |
|---|---|
| s/Tara L. Goodwin | s/Clifford E. Yuknis |
| Daniel E. Edelman | Clifford E. Yuknis |
| Tara L. Goodman | Katherine H. Tresley |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | David M. Schultz |
| | Hinshaw & Culbertson LLP |
| 120 S. LaSalle Street, 18th Floor | 222 N. LaSalle St., Ste. 300 |
| Chicago, IL 60603 | Chicago, IL 60601 |
| 312-739-4200 | 312-704-3662 |
| 312-419-0379 (FAX) | 312-704-3001 (FAX) |
| Attorneys for Plaintiff | Attorneys for Defendant |

130722094v1 0950172

## CERTIFICATE OF SERVICE

      I, Tara L. Goodwin, hereby certify that on January 9, 2014, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Clifford E. Yuknis:
cyuknis@hinshawlaw.com

Katherine H. Tresley:
ktresley@hinshawlaw.com

David M. Schultz:
dschultz@hinshawlaw.com

                                          s/ Tara L. Goodwin
                                          Tara Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)